UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Carol A. Wilson,
Administrator, *et al.*,

    Plaintiffs,  Case No. 2:16–cv–119

    v.  Judge Michael H. Watson

Bryan Waller, *et al.*,  Magistrate Judge Kemp

    Defendants.

## ORDER

On July 15, 2016, Magistrate Judge Kemp issued a report and recommendation ("R&R") regarding Plaintiffs' motion for default judgment against Defendant First Colony Construction LLC. R&R, ECF No. 18. Magistrate Judge Kemp recommended the motion be granted. *Id.* at 4.

Magistrate Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 4–5. He also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Accordingly, the R&R is **ADOPTED**, and the motion for default judgment, ECF No. 17, is **GRANTED**. The Clerk shall enter judgment against Defendant First Colony Construction LLC in the amount of $38,714.73 plus interest from

June 15, 2016, and continuing beyond the date of judgment, at the rate of $13.74 per day.  Additionally, Defendant is hereby **ORDERED** to make its books and records available for audit at a reasonable time if requested by Plaintiffs.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**